UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| REGINA HONEY, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00355-GMN-PAL |
| vs. | ) | **ORDER** |
| HORACE MANN INSURANCE CO., | ) | (Mtn to Withdraw - Dkt. #12) |
| Defendant. | ) | |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #12) filed September 17, 2012. Robert D. Vannah and Tamara V. Lile seek to withdraw as counsel of record for Plaintiff Regina Honey. The Motion represents that there is a substantial disagreement between Plaintiff and her counsel. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Plaintiff filed her complaint in state court on January 20, 2012, and Defendant filed a Petition for Removal (Dkt. #1) on March 5, 2012. Discovery closes on December 3, 2012.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #12) is GRANTED.
2. Plaintiff shall have until **October 24, 2012,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that she will be proceeding *pro se.*
3. Failure to comply with this order may result in for sanctions, including a recommendation to the district judge of case-dispositive sanctions.

/ / /

4. The Clerk of Court shall serve a copy of this Order on Plaintiff at:

> Regina Honey
> 1994 Freeman Ct.
> Henderson, NV 89014

Dated this 24th day of September, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE